UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINIOS

CENTRAL LABORERS' PENSION FUND, *et al.*,
        Plaintiff,
vs.

SAWCORE, INC.,
an Illinois corporation, and
Mark Scott, individually,
        Defendant.

Case No. 18-CV-00230

## **MEMORANDUM OF JUDGEMENT**

On August 28, 2018, judgement was entered in this court in favor of the plaintiff Central Laborers Pension Fund and against defendant Mark Scott whose address is 7100 W. Kennedy Dr., Peotone, IL 60468, the outstanding amount of the judgment is $ 79,655.95.

ENTERED:

Dated: February 9, 2021

_____
Robert W. Gettleman
U.S. District Court Judge

Daniel Kolodziej
GEORGES & SYNOWIECKI
Attorneys for Plaintiff
20 S. Clark St., Ste. 400
Chicago, IL 60603
(312) 861-0808
Firm I.D. No: 80218
E-Mail: *dkolodziej@gs-law.com*